IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:16-CV-00253-KS

| VAGAS E. WILLIAMSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

Upon consideration of the Commissioner's unopposed Motion to Appear by Videoconference for the hearing scheduled on June 14, 2017 at 10:30 am, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this 12th day of May 2017.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge

---

[1] Plaintiff's complaint names Carolyn W. Colvin in her official capacity as Acting Commissioner of Social Security as the defendant to this action. Nancy A. Berryhill is now the Acting Commissioner of Social Security and therefore is substituted as a defendant to this action. See Fed. R. Civ. P. 25(d).