IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-253-KS

| | |
|---|---|
| VAGAS WILLIAMSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **CONSENT ORDER** |
| NANCY BERRYHILL,<br>Acting Commissioner of Social<br>Security, | )<br>)<br>)<br>) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $5,000.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff $5,000.00 for attorney fees, delivered to Plaintiff's counsel's office address, and upon the payment of such sum, this case is dismissed with prejudice.

This  3rd  day of  October , 2017,

_____
United States Magistrate Judge

CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/ DAVID MERVIS
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-2847
Fax: (410) 597-0137
David.Mervis@ssa.gov
Maryland Bar