UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VAGAS E. WILLIAMSON,<br>　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>　　　Defendant. | **JUDGMENT**<br><br>Case No. 5:16-CV-253-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner of Social Security pay to Plaintiff $5,000.00 in attorney fees.

This judgment filed and entered on October 3, 2017, with *electronic service* upon:

**Charlotte Hall**
**Derrick Arrowood**
*Counsel for Plaintiff*

**David Mervis**
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　**PETER A. MOORE, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**CLERK, U.S. DISTRICT COURT**

October 3, 2017　　　　　　　　　　　　　　　/s/ *Shelia D. Foell*
　　　　　　　　　　　　　　　　　　　　　　　(By): Shelia D. Foell, Deputy Clerk