IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-253-KS

VAGAS WILLIAMSON, )
 )
        Plaintiff, )
 )
v. )
 )    **ORDER**
NANCY BERRYHILL, )
Acting Commissioner of Social )
Security, )
 )
        Defendant. )

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $11,683.50 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $5,000.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $11,683.50 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

This 9th day of January, 2019.

*Kimberly A. Swank*
United States Magistrate Judge