UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VAGAS WILLIAMSON, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| | ) | Case No. 5:16-CV-253-KS |
| NANCY BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that Commissioner of Social Security pay to Plaintiff's counsel, the sum of $11,683.50 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

This judgment filed and entered on January 11, 2018, with *electronic service* upon:

**Charlotte Hall**
**Derrick Arrowood**
*Counsel for Plaintiff*

**David Mervis**
*Counsel for Defendant*

                                                    **PETER A. MOORE, JR.**
                                                    **CLERK, U.S. DISTRICT COURT**

January 11, 2019                                      /s/ *Shelia D. Foell*
                                                (By): Shelia D. Foell, Deputy Clerk